# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2025

**BY ECF & email**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application Granted. Defendant's conditions of release are hereby modified to remove the condition of home detention and impose the condition of curfew, to be determined by Pretrial Services and enforced by location monitoring. All other conditions of release shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 26.
>
> Dated: May 13, 2025
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States of America v. Betanzo Garcia, et al.*
24 Cr. 642 (LGS)

Honorable Judge Schofield:

On behalf of Mr. Anderson Badia, I write to respectfully request the Court modify the conditions of release set at his presentment on September 13, 2024. On that date, the Honorable United States Magistrate Judge Gary Stein imposed Home Detention enforced by location monitoring, technology as directed by Pretrial Services.[1]

I have conferred with the assigned U.S. Pretrial Services Officer Vanessa Perdomo, who confirms that Mr. Badia has complied with the terms of his release. She noted that, since he has been under Pretrial Supervision, a period now over seven months, he reports as directed, provides weekly employment verification, tested negative for illicit substances during his initial screening, and has had no instance of non-compliance with location monitoring. Accordingly, a downgrade from Home Detention to a Curfew to be determined by Pretrial Services enforced by Location Monitoring is wholly appropriate. Therefore, I respectfully request the Court modify the conditions of Mr. Badia's release to relieve him of Home Detention and substitute a Curfew to be determined by Pretrial Services enforced by Location Monitoring.

I have conferred with Assistant United States Attorneys Justin Horton, who, on behalf of the United States, defers to Pretrial Services. Accordingly, Pretrial Services does not oppose the requested modification.

Thank you for considering this request.

Respectfully submitted,

Christopher Flood
Counsel for Mr. Anderson Badia
Assistant Federal Defender
Tel.: (212) 417-8734

cc: all counsel (by ECF)
USPTO Vanessa Perdomo (by email)

---

[1] *See* Doc. 8. The court imposed several other release conditions on September 13, 2024. This request pertains only to home detention with electronic monitoring.