# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

May 23, 2025

<u>Via ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Anderson Badia</u>
       **24 Cr. 642 (LGS)**

*Application Granted. Defendant Anderson Badia's conditions of release are modified to permit travel to the District of Connecticut. All other conditions shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 30.*

*Dated: May 30, 2025*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

    I write to respectfully request that the Court modify the conditions of Mr. Badia's pretrial release to permit Mr. Badia to travel to the District of Connecticut, subject to the other conditions of his release. The Government and Pretrial Services do not object to this request.

    As the Court knows, Mr. Badia was released subject to strict conditions at his presentment on September 13, 2024. On May 13, 2025, in light of his history of compliance with all conditions of his release, the Court modified Mr. Badia's conditions to replace home detention with a curfew as set by Pretrial Services. *See* Doc. 27. In this application, and for the same reasons as set forth in our prior request, we respectfully ask that Mr. Badia be permitted to travel to the District of Connecticut—where his family has a home—subject to the other conditions of his release, including the curfew condition.

    We thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                /s/

                                                Neil P. Kelly
                                                Assistant Federal Defender
                                                (212) 417-8744

cc:    Counsel of record
        Pretrial Services Officer Vanessa Perdomo