UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,        :

                                :         24 Cr. 642-02 (LGS)

        -against-            :

                                :            ORDER

ANDERSON BADIA,            :

                    Defendant.  :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently scheduled for January 27,

2026, is adjourned to **February 10, 2026, at 11:00 a.m.** due to a conflict in the Court's calendar.

Dated:  January 26, 2026
       New York, New York

                                  **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**