UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

ANDERSON BADIA,

                               Defendant.

----------------------------------------------------------- X

24 Cr. 642-02 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Anderson Badia's sentencing hearing will be held on **June 23, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall be filed on or before **June 1, 2026**.  The Government's pre-sentencing submission, if any, shall be filed by **June 4, 2026.**

Dated: March 24, 2026
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**