

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2026

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. The sentencing currently scheduled for June 23, 2026, is adjourned to **September 15, 2026, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **August 24, 2026**. The Government's submission shall be filed by **August 27, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 81.*
*Dated: May 12, 2026*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:    *United States v. Anderson Badia*, S2 24 Cr. 642 (LGS)**

Dear Judge Schofield:

The Government writes respectfully with respect to the defendant's guilty plea and the scheduling of sentencing in this case.

On February 10, 2025, the defendant, Anderson Badia, entered a guilty plea before Magistrate Judge Katharine H. Parker, pursuant to Your Honor's referral. At the conclusion of the proceeding, Judge Parker recommended that this Court accept the plea. The Government respectfully requests that the Court accept the defendant's guilty plea, and attaches by email the transcript of the defendant's plea colloquy, the parties' plea agreement, and a proposed order accepting the defendant's guilty plea.

The Court scheduled sentencing in this matter on June 23, 2026. The parties understand from correspondence with the Court's chambers that the Court is amenable to adjourning the sentencing to September 2026, and hereby jointly move for such an adjournment.

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

by:  ___/s/_____
Amanda Caitlin Weingarten
Justin Horton
Assistant United States Attorneys
(212) 637-2257 / -2276

cc:    Geoffrey St. Andrew Stewart, Esq. (by ECF)