UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANDERSON BADIA,

Defendant.

**ORDER**

**24 Cr. 642-02 (LGS)**

WHEREAS, with the consent of defendant Anderson Badia, the defendant's guilty plea allocution was taken before United States Magistrate Judge Katharine H. Parker on February 10, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated:       New York, New York
             May 13, 2026

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**