UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANDERSON BADIA,

Defendant.

---------------------------------------------------------------X

24 Cr. 642-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for September 15, 2026, is adjourned to **October 19, 2026, at 11:00 a.m**. due to a conflict in the Court's calendar.

Dated: September 15, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**